## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

       **Plaintiff**

**v.**                                        **Case No.**   3:12CV136

**CREATION SCIENCE EVANGELISM,**
**CREATION SCIENCE EVANGELISM**
**FOUNDATION, 21 CUMMINGS ROAD TRUST,**
**400 BLOCK CUMMINGS SUBDIVISION**
**TRUST, 5720 N. PALAFOX TRUST,**
**5800 N. PALAFOX TRUST,**
**29 CUMMINGS ROAD TRUST**

       **Defendants**

---

## COMPLAINT

The United States of America by and through the undersigned Assistant United

States Attorney, files the instant complaint seeking an Order declaring the Liens

discussed herein null and void.  The Plaintiff further seek a permanent injunction

directing that the defendants, **CREATION SCIENCE EVANGELISM, CREATION**

**SCIENCE EVANGELISM FOUNDATION, 21 CUMMINGS ROAD TRUST, 400**

**BLOCK CUMMINGS SUBDIVISION TRUST, 5720 N. PALAFOX TRUST, 5800**

**N. PALAFOX TRUST and 29 CUMMINGS ROAD TRUST** or any agent or

representative acting on the defendants' behalf, take no further action to file or attempt to

file any liens, notices, financing statements or claims of whatever nature with the Clerk of

Court in and for Escambia County, Florida, or attempting, in any manner to ceat a cloud

on the title of the subject property, without first obtaining the advice of a licensed Florida

attorney or an Order from this Court authorizing such an effort.   In support of said

complaint the United States states:

1.     This is an action for injunctive relief under common law fraud, Title 28,

United States Code, § 1331, Title 18, United States Code, Section 1521, Florida

Deceptive and Unfair Practices Act, Florida Statutes § 501.201, et seq., Florida False

Claims Act, § 68.082, Florida Statutes § 86.011 and the other statues set out herein.   This

Court has subject matter jurisdiction by virtue of Title 28, United States Code, Sections

1331, 1345, and Section 1346(b)(1).

2.     The defendants, **CREATION SCIENCE EVANGELISM, CREATION**

**SCIENCE EVANGELISM FOUNDATION, 21 CUMMINGS ROAD TRUST,**

**400 BLOCK CUMMINGS SUBDIVISION TRUST, 5720 N. PALAFOX TRUST,**

**5800 N. PALAFOX TRUST and 29 CUMMINGS ROAD TRUST** are entities

claiming a legal interest in land located in Escambia County, Florida, and being more

fully identified as follows:

3.     The Clerk of Court in and for Escambia County, is by law the individual

responsible for the maintenance of property records and must accept for filing any legal

document otherwise conforming to law, unless a court of competent jurisdiction

otherwise directs to the contrary.   The Clerk's records are the official files designed to

provide public notice of all liens or claims of liens against all real property located in Escambia County, Florida.

4.    The Defendants, **CREATION SCIENCE EVANGELISM, CREATION SCIENCE EVANGELISM FOUNDATION, 21 CUMMINGS ROAD TRUST, 400 BLOCK CUMMINGS SUBDIVISION TRUST, 5720 N. PALAFOX TRUST, 5800 N. PALAFOX TRUST, and 29 CUMMINGS ROAD TRUST,** caused notice of liens to be filed against certain property located in Escambia County, Florida ordered forfeited to the United States in its order of June 28, 2007 in the case of *United States v. Kent Hovind*, Case No. 3:06cr83/MCR.  Service upon these defendants in this *in rem* action can be accomplished pursuant to the provisions of Title 28, U. S. C.  Section 1655 by personal service on their last known representative at his last known address.  If personal service cannot be effected, then Section 1655 provides for service by publication.

5.    The Defendants, **CREATION SCIENCE EVANGELISM, CREATION SCIENCE EVANGELISM FOUNDATION, 21 CUMMINGS ROAD TRUST, 400 BLOCK CUMMINGS SUBDIVISION TRUST, 5720 N. PALAFOX TRUST, 5800 N. PALAFOX TRUST, and 29 CUMMINGS ROAD TRUST** have undertaken a course of conduct whereby they have filed false and fraudulent liens documents with the Clerk of Court in and for Escambia County, Florida, designed to frustrate the ability of the government to sell property the United States owns by virtue of the Court's Orders of Forfeiture as set out below.   Specifically, the Defendants have caused to have filed lien documents wrongfully declaring a valid lienhold interest in the property making

3

subsequent conveyances more difficult to accomplish.

      6.   The Clerk of County in and for Escambia County, Florida, in its normal

course of business is required to accept said filings, record them against the real property

described in the documents, and thereafter, makes such recordings. These fraudulent

notice filings allow the defendants to publically slander the title to the subject property,

thereby creating clouds on the property.

      7.   On June 28, 2007, this court entered an order in the case of *United States*

*v. Kent Hovind*, Case No. 3:06cr83/MCR, forfeiting certain properties as described below

as partial substitutions for a $430,400.00 forfeiture judgment entered in the criminal case:

      a.   5720 North Palafox Highway, Pensacola, Florida; being more particularly

described as follows:

> S 125 FT OF LT 66 AVERIA TRACT PLAT DB P P 206 OR 4717 P 607
> OR 5508 P 1752 of the Public Records of Escambia County, Florida;

      b.   400 block Cummings Road, Pensacola, Florida; being more particularly

described as follows:

> BEG AT NE COR LT 10 S 64 DEG 15 MIN W ALG N LI LT 10 93
> 78/100 FT FOR POB CONT S 64 DEG 15 MIN 0 SEC W ALG SD N LI
> & ITS WLY EXTEN 126 54/100 FT B 25 DEG 45 MIN 0 SEC W 267 FT
> TO SLY R/W LI OF OLEANDER DR S 64 15 MIN 0 SEC W 33 FT 25
> DEG 45 MIN 0 SEC E 138 FT SS 64 DEG 15 MIN 0 SEC W 42 FT S 25
> DEG 45 MIN 0 SEC E 129 FT TO N LI OF LT 9 S 64 DEG 15 MIN 0
> SEC W 7 26/100 FTS 24 SEF 32 MIN 18 SEC E 140 05/100 FT TO SW
> COR OF LT 9 S 82 DEG 54 MIN 55 SEC E 244 33/100 FT TO NWLY
> R/W LI OF CUMMINGS RD (66 FT R/W) SD PT BEING ON
> CIRCULAR CURVE CONCAVE SE RADIUS 91 FT DELTA ANG 90
> DEG NELY ALG NWLY R/W LI & CURVE ARC DIST 142 94/100 FT
> (CHORD DIST 128 69/100 FT CHORD BEARING N 19 DEG 15 MIN 0

SEC E)S 72 DEG 48 MIN 30 SEC W 86 69/100 FT N 25 DEG 25 MIN 44
SEC W 168 60/100 FT TO POB BEING A PORTION OF LTS 9 & 10
CUMMINGS S/D PB 1P 86 OR 4586 P 1838 of the Public Records of
Escambia County, Florida;

c.     5800 block North Old Palafox Street, Pensacola, Florida; being more

particularly described as follows:

BED ATSW COR OF LT 66 AVERIA S/D PLAT DB P P 206 N 19 DEG
21 MIN 0 SEC W ALG E R/W LI OF PALAFOX ST (66 FT R/W) 125
FT FOR POB CONT N 19 DEG 21 MIN 0 SEC E 64 20/100 FT S 38
DEG 56 MIN 0 SEC E 218 FT S 70 DEG 44 MIN 0 SEC W 311 50/100
FT TO POB OR 4776 P 1592 of the Public Records of Escambia County,
Florida;

d.     29 Cummings Road, Pensacola, Florida; being more particularly described

as follows:

LT 8 CUMMINGS S/D PB 1 P 86 OR 5508 P 1647 SEC 35/T IS R30 of
the Public Records of Escambia County Records, Florida;

e.     21 Cummings Road, Pensacola, Florida; being more particularly described

as follows:

S 119 FT OF LOT 7 CUMMINGS S/D PB 1 P 86 OR 5508 P 1645 SEC
35/47 T 1S R 30 of the Public Records of Escambia County, Florida;

f.     100 Cummings Road, Pensacola, Florida; being more particularly

described as follows:

THAT PORTION OF LOTS 9 AND 10 CUMMINGS SUBDIVISION, BEING A
SUBDIVISION OF A PORTION OF SECTIONS 35 AND 37, TOWNSHIP 1
SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING
TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC
RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE
AT THE NORTHEAST CORNER OF SAID LOT 10 FOR THE POINT OF
BEGINNING; THENCE SOUTH 25°45'00" EAST ALONG THE EAST LINE

5

OF LOT 10 A DISTANCE OF 181.50 FEET TO THE SOUTHEAST CORNER
OF LOT 10; THENCE SOUTH 64'15'00" WEST ALONG THE SOUTH LINE
OF LOT 10 A DISTANCE OF 9.00 FEET TO A POINT, SAID POINT BEING
THE PC OF A CURVE TO THE LEFT; THENCE FROM SAID POINT SOUTH
72°48'30" WEST A DISTANCE OF 86.69 FEET; THENCE NORTH 25°25'44"
WEST A DISTANCE OF 168.60 FEET TO THE NORTH LINE OF LOT 10;
THENCE NORTH 64°15'00" EAST ALONG THE NORTH LINE OF LOT 10 A
DISTANCE OF 93.78 FEET TO THE POINT OF BEGINNING

TOGETHER WITH NON-EXCLUSIVE EASEMENT:

THAT PORTION OF LOT 10, CUMMINGS SUBDIVISION, BEING A
SUBDIVISION OF A PORTION OF SECTION 35 AND 37, TOWNSHIP 1
SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA ACCORDING
TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC
RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE
AT THE SOUTHEAST CORNER OF SAID LOT 10; THENCE 64°15'00" W
ALONG THE NORTH RIGHT OF WAY LINE OF CUMMINGS ROAD. (66'
RIGHT OF WAY) FOR 9.00 FEET TO THE POINT OF CURVATURE OF A
CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF 91.00
FEET, SAID POINT BEING THE POINT OF BEGINNING; THENCE
SOUTHWESTERLY ALONG SAID CURVE (DELTA ANGLE = 33°CHORD
DISTANCE = 52.82 FEET, CHORD BEARING = S 47°22'42" W) FOR AN
ARC DISTANCE OF 53.59 FEET; TGEBCE B 38°48'12" W FOR 24.40 FEET;
THENCE N 72°48'30" E FOR 56.69 FEET TO THE POINT OF BEGINNING.

Parcel Identification Number is 35-15-30-9000-001-010 of the Public Records of
Escambia County, Florida;

g.      120 Oleander Drive, Pensacola, Florida; being more particularly
described as follows:

A PART OF LOT 6, SECTION 35, TOWNSHIP 1 SOUTH, RANGE 30 WEST,
ESCAMBIA COUNTY, FLORIDA, STARTING AT THE POINT WHERE THE
SOUTH LINE OF LOT INTERSECT THE WEST SIDE OF THE RIGHT OF
WAY OF THE L & N RAILROAD, RUNNING THENCE WESTERLY ALONG
THE SOUTH LINE OF LOT 6, A DISTANCE OF 264 FEET FOR A POINT OF
BEGINNING; RUNNING THENCE WESTERLY ALONG THE SOUTH LINE
OF SAID LOT 6 A DISTANCE OF 264 FEET TO A STAKE; THENCE
RUNNING NORTH PARALLEL TO THE RIGHT OF WAY LINE OF L & N
RAILROAD COMPANY, A DISTANCE OF 324 2/3 FEET TO THE NORTH
LINE OF SAID LOT 6, THENCE RUNNING SOUTHERLY IN A STRAIGHT

6

LINE PARALLEL TO THE RIGHT OF WAY OF THE L & N COMPANY A DISTANCE OF 324 2/3 FEET TO THE POINT OF BEGINNING. LESS THE EAST 120 FEET OF THE ABOVE DESCRIBED PROPERTY.

Parcel Identification Number is 35-15-30-9002-008-006 of the Public Records of Escambia County, Florida.

    h.  12 Oleander Road, Pensacola, Florida; being more particularly

described as follows:

BEING A PART OF LOT 6, SECTION 35, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, AND STARTING AT THE INTERSECTION OF THE SOUTH LINE OF SAID LOT 6 WITH THE WEST LINE OF THE RIGHT OF WAY THE LOUISVILLE & NASHVILLE RAILROAD; THENCE ALONG THE SOUTH LINE OF SAID LOT 6 WEST A DISTANCE OF 1126 FEET TO A POINT FOR THE POINT OF BEGINNING; THENCE RUN NORTH PARALLEL TO THE WEST LINE OF THE RIGHT WAY OF THE LOUISVILLE & NASHVILLE RAILROAD A DISTANCE OF 324 2/3 TO THE NORTH LINE OF SAID LOT 6; THENCE RUN WEST ALONG THE NORTH LINE OF SAID LOT 6 A DISTANCE OF 66 FEET TO A STAKE; THENCE RUN SOUTH PARALLEL WITH THE EAST LINE OF THE TRACT OF LAND HEREIN DESCRIBED A DISTANCE OF 324 2/3 FEET TO THE SOUTH LINE OF SAID LOT 6; THENCE RUN EAST ALONG THE SOUTH LINE OF SAID LOT 6 A DISTANCE OF 66 FEET TO THE POINT OF BEGINNING. From the Public Records of Escambia County, Florida;

    i.  116 Cummings Road, Pensacola, Florida; being more particularly

described as follows:

LOT 14, CUMMINGS SUBDIVISION, BEING A PORTION OF SECTION 35, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO PLAT RECORDED IN PLAT BOOK 1, PAGE 86 OF THE PUBLIC RECORDS OF SAID COUNTY. Parcel Identification Number: 35-IS-30-90000-000-014

    8.  That, between June 14, 2011, and on or about September 22, 2011, the

Defendants, **CREATION SCIENCE EVANGELISM, CREATION SCIENCE**

**EVANGELISM FOUNDATION, 21 CUMMINGS ROAD TRUST, 400 BLOCK CUMMINGS SUBDIVISION TRUST, 5720 N. PALAFOX TRUST, 5800 N. PALAFOX TRUST, and 29 CUMMINGS ROAD TRUST,** caused to be filed a number of "labor liens" against the following described properties located in Escambia County, Florida, in the Book And Page numbers set out for each one below:

      a..     5720 North Palafox Highway, Pensacola, as recorded in Book 6730 at Page1608 in the public records of Escambia County, Florida.;

      b.     5800 Block North Old Palafox Street, Pensacola, as recorded in Book 6730, at Page 1607 in the public records of Escambia County, Florida;

      c.     21 Cummings Road, Pensacola, Florida, as recorded in Book 6766 at Page 1281 in the public records of Escambia County, Florida.;

      d.     100 Cummings Road, Pensacola, Florida; as recorded in Book 6766 at Page 1284 in the public records of Escambia County, Florida.;

      e.     120 Oleander Road, Pensacola, Florida, as recorded in Book 6766 at Page 1282 in the public records of Escambia County, Florida.; and

      f.     12 Oleander Road, Pensacola, Florida, as recorded in Book 6766 at Page 1280 in the public records of Escambia County, Florida.

      g.     116 Cummings Road, Pensacola, Florida, as recorded in Book 6766 at Page 1283 in the public records of Escambia County, Florida.

Attached and made a part hereof as composite Exhibit 1 are copies of the "lien/notice of liens" filed of record.

8

9.    The United States of America has not voluntarily or otherwise created a financial relationship with the defendants to provide anything of value to the above described properties, is not indebted to the defendants in any amount for any reason, and has not agreed or authorized the defendants to file such notice of liens or claims of any nature.

10.    The Defendants have filed said notices in bad faith for the purpose of slandering the title of the property.

11.    There exists no valid financial relationship of any nature that would justify or allow the Defendants filing the financing document identified in paragraph 8 above.

12.    Such claims as contained in those documents identified in paragraph 8 above and any other filings made by the Defendants are false and fraudulent and should be removed of record.

WHEREFORE, Plaintiff prays as follows:

That the Court enter an Order;

a.        finding that the liens and other encumbrances identified in paragraph 8 above are null and void and have no effect on the rights and title of the United Stares in and to the property;

b.        finding that the documents as identified in paragraph 8 above are false and fraudulent;

c.        finding that the liens and claims filed by the Defendants, if valid, are junior, inferior, and subordinate to the title and rights of the United States of America

9

in and to said property;

        d.      permanently enjoin the Defendants from interfering with the rights of the United States in and to the property described above in any manner including filing or attempting to file liens, claims, or other encumbrances in any manner whatsoever, without a prior Order from this Court;

        e.      permanently enjoining the Defendants from filing or attempting to file, directly or through the services of others, new notices of lien, indebtedness, claims or purported liens, of whatever nature, with the Clerk of Court in and for Escambia County, Florida on any property forfeited to the United States.

        f.      For such other and further relief as this Court deems necessary and fair.

        Respectfully submitted,

        PAMELA C.  MARSH
        United States Attorney

        BENJAMIN W. BEARD
        Assistant United States Attorney
        Florida Bar No.0145746
        21 East Garden Street
        Pensacola, FL  32501
        850-444-4000