Recorded in Public Records 06/14/2011 at 12:28 PM  OR Book 6730  Page 1608,
Instrument #2011039989,  Ernie Lee Magaha Clerk of the Circuit Court Escambia
County, FL Recording $10.00

## -Lien / Notice of Lien / as a
## Liability Attached to Described Property-

I, Paul John Hansen, Trustee, Agent, Ministry and Property Manager, for the trust called 5720 N. Palafox Trust, a Ministerial Property Trust, its trustee being Director of Ecclesiastical Enterprises, State of Washington UBI #602-222-993, pertaining to a property / land that is addressed as 5720 North Palafox Highway, Pensacola, Florida, without the United States, having a legal address of - Parcel No:  471S30-1101-001-066,  Legal - AVERIA TRACT PART LT 66, without the United States, do hereby make a claim of common law lien upon the said Land / Property for the following services and amount to act as a lien against the said property:

## Affidavit of Truth

I, Paul John Hansen, as Trustee, Agent, Ministry and Property Manager, state as the truth all of the following, for 5720 N. Palafox Trust, and Christian Science Evangelism (CSE), state that we have not been compensated for Care and providing Security, as well as we maintain that the value that we added to the property belongs to the Trusts / Ministries and we are to be paid for those investments, expenditures, if anyone take ownership of the property, noting that all value added as said is a lien on the said land and the property located at 5720 North Palafox Highway, Pensacola, Florida, without the United States, having a legal address of - Parcel No:  471S30-1101-001-066,  Legal - AVERIA TRACT PART LT 66, without the United States, as filed for record at the Public Records of Escambia County, Florida;

TO THE POINT OF BEGINNING since March 8-18-2004. Therefore to protect our interests we are filing a labor lien, and material lien, on the above mentioned property for said provision of Security up thru May 31, 2011, a sum of 2639 days times a reasonable hourly rate of five Dollars ($5) per hour, 24 hours per day ( 2639 x 5 x 24 ) a total amount of $316,680. Also on the 5720 property the ministries out of pocket cost of added an addition to the trailer and painted all for about $15,000 and did extensive work on the AC and insulated the attic for about $5,000. We also added on to the house, did rewiring for the ministry needs as well as a new roof on the house and an extended carport area for loading truck for the ministry -cost about $30,000. We built an internal stairway and floored the attic for storage for about $2,000. We also blacktopped the drive and did lots of landscape improvements for about $15,000. This figure includes our out of pocket expenditures for furnishings, as well as maintenance and repairs to all appliances. Total of this lien is equivalent to three hundred eighty three thousand and six hundred eighty ($383,680.00) United States Dollars, US Dollars.

_Paul John Hansen_ Date: June 08, 2011
Paul John Hansen, Trustee, Agent, Ministry and Property Manager, contact address --
1548 N 19, Omaha, Nebraska.

I Paul John Hansen declare, certify, verify, and state,
under penalty of perjury under the laws of the United
States of America that the foregoing is true and correct.

_Paul John Hansen_
June 08, 2011.
PAUL JOHN HANSEN

-State of Nebraska
-Douglas County
That the above signed, Paul John Hansen, with proof of
identification, and known by me, sworn in and attesting by
signature, in my presence, to the above Affidavit of Truth,
this eighth(08)day of June 2011.

_Laura Davis_
Notary

LAURA DAVIS
General Notary
State of Nebraska
My Commission Expires Sep 13, 2013

GOVERNMENT
EXHIBIT
1

Recorded in Public Records 06/14/2011 at 12:28 PM OR Book 6730 Page 1607,
Instrument #2011039988, Ernie Lee Magaha Clerk of the Circuit Court Escambia
County, FL Recording $10.00

## -Lien / Notice of Lien / as a
## Liability Attached to Described Property-

I, Paul John Hansen, Trustee, Agent, Ministry and Property Manager, for the trust called 5800 N PALAFOX TRUST, a Ministerial Property Trust, its trustee being Director of Ecclesiastical Enterprises, State of Washington UBI #602-222-993, pertaining to a property / land that is addressed as 5800 Block North Old Palafox Street, Pensacola, Florida, without the United States, having a legal address of - Parcel No: 351S30-9002-016-005, Legal - BEG AT SW COR OF LT 66 AVERIA S/D PLAT DB P P 206 N 19 DEG 21 MIN 0 SEC W ALG E R/W LI OF PALAFOX ST, without the United States, do hereby make a claim of common law lien upon the said Land / Property for the following services and amount to act as a lien against the said property:

### Affidavit of Truth

I, Paul John Hansen, as Trustee, Agent, Ministry and Property Manager, state as the truth all of the following, for 5800 N PALAFOX TRUST, and Christian Science Evangelism (CSE), state that we have not been compensated for Care and providing Security, as well as we maintain that the value that we added to the property belongs to the Trusts / Ministries and we are to be paid for those investments, expenditures, if anyone take ownership of the property, noting that all value added as said is a lien on the said land and the property located at 5800 block North Old Palafox Street, Pensacola, Florida, without the United States, having a legal address of - Parcel No: 351S30-9002-016-005, Legal - BEG AT SW COR OF LT 66 AVERIA S/D PLAT DB P P 206 N 19 DEG 21 MIN 0 SEC W ALG E R/W LI OF PALAFOX ST, without the United States, as filed for record at the Public Records of Escambia County, Florida;  TO THE POINT OF BEGINNING since October 15-2004. Therefore to protect our interests we are filing a labor lien, and material lien, on the above mentioned property for said provision of Security up thru May 31, 2011, a sum of 2417 days times a reasonable hourly rate of five Dollars ($5) per hour, 24 hours per day ( 2417 x 5 x 24 ) a total amount of $290,040. Also on this property the ministries out of pocket cost of we blacktopped the parking lot- $22,000 put up fencing and lots of landscaping for $10,000, built a children's section of the Dinosaur Adventure Land and invested about $15,000, all this in addition to the normal daily maintenance.  Total of this lien is equivalent to three hundred thirty seven thousand and forty ($337,040.00) United States Dollars, US Dollars.

*Paul John Hansen* _____ Date: June 08, 2011
Paul John Hansen, Trustee, Agent, Ministry and Property Manager, contact address – 1548 N 19, Omaha, Nebraska.

I **Paul John Hansen** declare, certify, verify, and state,
under penalty of perjury under the laws of the United
States of America that the foregoing is true and correct.

*Paul John Hansen*
Paul John Hansen
June 08, 2011.

-State of Nebraska
-Douglas County
That the above signed, Paul John Hansen, with proof of
identification, and known by me, sworn in and attesting by
signature, in my presence, to the above Affidavit of Truth,
this eighth(08)day of June 2011 .

*[Notary seal: LAURA DAVIS, General Notary, State of Nebraska, My Commission Expires Sep 13, 2013]*

*[Signature]* Notary

### -Lien / Notice of Lien / as a
### Liability Attached to Described Property-

I, Paul John Hansen, Trustee, Agent, Ministry and Property Manager, for the trust called 21 CUMMINGS ROAD TRUST, a Ministerial Property Trust, its trustee being Director of Ecclesiastical Enterprises, State of Washington UBI #602-222-993, pertaining to a property / land that is addressed as **21 Cummings Road**, Pensacola, Florida, without the United States, having a legal address of - Parcel No: 351S30-9000-000-007, Legal – S 119 FT OF LT 7 CUMMINGS S/D PB 1 P 86 OR 6494 P 487 SEC 35/47 T 1S R 30, without the United States, do hereby make a claim of common law lien upon the said Land / Property for the following services and amounts to act as a lien against the said property:

### Affidavit of Truth

I, Paul John Hansen, as Trustee, Agent, Ministry and Property Manager, state as the truth all of the following, for 21 CUMMINGS ROAD TRUST, and Creation Science Evangelism (CSE), state that we have not been compensated for Care and providing Security, as well as we maintain that the value that we added to the property belongs to the Trusts / Ministries and we are to be paid for those investments, expenditures, if anyone take ownership of the property, noting that all value added as said is a lien on the said land and the property located at **21 Cummings Road**, Pensacola, Florida, without the United States, having a legal address of – Parcel No: 351S30-9000-000-007, Legal – S 119 FT OF LT 7 CUMMINGS S/D PB 1 P 86 4586 (OR 6494) P 487 SEC 35/47 T 1S R 30, without the United States, as filed for record at the Public Records of Escambia County, Florida;

TO THE POINT OF BEGINNING since the 10th month, 15th day, year of 2004. Therefore to protect our interests we are filing a labor lien, and material lien, on the above mentioned property for said provision of Security up thru September 13, 2011, a sum of 2524 days times a reasonable hourly rate of five Dollars ($5) per hour, 24 hours per day ( 2524 x 5 x 24 ) a total amount of $302,880. Also on the 21 Cummings property the ministries out of pocket cost of added an addition to the ongoing completely remodeling, re-carpeted, new roof, new HVAC, insulated attic, new bath- total added value of $40,000. Total of this lien is equivalent to three hundred forty two thousand and eight hundred eighty ($342,880.00) United States Dollars, US Dollars.

_____ Date: September 13, 2011
Paul John Hansen, Trustee, Agent, Ministry and Property Manager, contact address – 1548 N 19, Omaha, Nebraska, without the United States.

I **Paul John Hansen** declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 13, 2011     _____
                                         Paul John Hansen

-State of Nebraska
-Douglas County
That the above signed, Paul John Hansen, with proof of identification, and known by me, sworn in and attesting by signature, in my presence, to the above Affidavit of Truth, this _13_ day of September 2011.

_____
Notary

GENERAL NOTARY - State of Nebraska
MARIA E. ALCALA
My Comm. Exp. March 28, 2012

Ernie Lee Magaha
CLERK OF THE CIRCUIT COURT
ESCAMBIA COUNTY FLORIDA
INST# 2011056146 09/22/2011 at 04:58 PM
OFF REC BK: 6766 PG: 1281 - 1281 Doc Type: N
RECORDING: $10.00

Ernie Lee Magaha
CLERK OF THE CIRCUIT COURT
ESCAMBIA COUNTY FLORIDA
INST# 2011066149 09/22/2011 at 04:58 PM
OFF REC BK: 6766 PG: 1284 - 1285 Doc Type: N
RECORDING: $18.50

## -Lien / Notice of Lien / as a
## Liability Attached to Described Property-

I, Paul John Hansen, Director, Trustee, Agent, Ministry and Property Manager, for the property called **100 Cummings Road**, for the Foundation called CREATION SCIENCE EVANGELISM FOUNDATION TR, Firm Foundation established 4/24/2003, without the United States, having a legal address of - Parcel No: 351S309000001010 Legal –

THAT PORTION OF LOTS 9 AND 10 CUMMINGS SUBDIVISION, BEING A SUBDIVISION OF A PORTION OF SECTIONS 35 AND 37, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC
RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHEAST CORNER OF SAID LOT 10 FOR THE POINT OF BEGINNING; THENCE SOUTH 25°45'00" EAST ALONG THE EAST LINE OF LOT 10 A DISTANCE OF 181.50 FEET TO THE SOUTHEAST CORNER OF LOT 10; THENCE SOUTH 64°15'00" WEST ALONG THE SOUTH LINE OF LOT 10 A DISTANCE OF 9.00 FEET TO A POINT, SAID POINT BEING THE PC OF A CURVE TO THE LEFT; THENCE FROM SAID POINT SOUTH 72°48'30" WEST A DISTANCE OF 86.69 FEET; THENCE NORTH 25°25'44" WEST A DISTANCE OF 168.60 FEET TO THE NORTH LINE OF LOT 10; THENCE NORTH 64°15'00" EAST ALONG THE NORTH LINE OF LOT 10 A DISTANCE OF 93.78 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH NON-EXCLUSIVE EASEMENT:

THAT PORTION OF LOT 10, CUMMINGS SUBDIVISION, BEING A SUBDIVISION OF A PORTION OF SECTIONS 35 AND 37, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHEAST CORNER OF SAID LOT 10; THENCE S 64°15'00" W ALONG THE NORTH RIGHT OF WAY LINE OF CUMMINGS ROAD
(66' RIGHT OF WAY) FOR 9.00 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF 91.00 FEET, SAID POINT BEING THE POINT OF BEGINNING; THENCE SOUTHWESTERLY ALONG SAID CURVE (DELTA ANGLE = 33°44'37", CHORD DISTANCE = 52.62 FEET, CHORD BEARING = S 47°22'42" W) FOR AN ARC DISTANCE OF 53.59 FEET; THENCE N 38°48'12" W FOR 24.40 FEET; THENCE N 72°48'30" E FOR 56.69 FEET TO THE POINT OF BEGINNING.

all without the United States, do hereby make a claim of common law lien upon the said Land / Property for the following services and amounts to act as a lien against the said property:

### Affidavit of Truth

I, Paul John Hansen, as Director, Trustee, Agent, Ministry and Property Manager, state as the truth all of the following, for the property called 100 Cummings Road, for the Foundation called CREATION SCIENCE EVANGELISM FOUNDATION, Firm Foundation established 4/24/2003, without the United States, state that we have not been compensated for Care and providing Security, as well as we maintain that the value that we added to the property belongs to the Trusts / Ministries / Foundation and we are to be paid for those investments, expenditures, if anyone take ownership of the property, noting that all value added as said is a lien on the said land and the property located at 100 Cummings Road, Pensacola, Florida, without the United States, having a legal address of – Parcel No: 351S309000001010

THAT PORTION OF LOTS 9 AND 10 CUMMINGS SUBDIVISION, BEING A SUBDIVISION OF A PORTION OF SECTIONS 35 AND 37, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, ACCORDING TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC
RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHEAST CORNER OF SAID LOT 10 FOR THE POINT OF BEGINNING; THENCE SOUTH 25°45'00" EAST ALONG THE EAST LINE OF LOT 10 A DISTANCE OF 181.50 FEET TO THE SOUTHEAST CORNER OF LOT 10; THENCE SOUTH 64°15'00" WEST ALONG THE SOUTH LINE OF LOT 10 A DISTANCE OF 9.00 FEET TO A POINT, SAID POINT BEING THE PC OF A CURVE TO THE LEFT; THENCE FROM SAID POINT SOUTH 72°48'30" WEST A DISTANCE OF 86.69 FEET; THENCE NORTH 25°25'44" WEST A DISTANCE OF 168.60 FEET TO THE NORTH LINE OF LOT 10; THENCE NORTH 64°15'00" EAST ALONG THE NORTH LINE OF LOT 10 A DISTANCE OF 93.78 FEET TO THE POINT OF BEGINNING.

TOGETHER WITH NON-EXCLUSIVE EASEMENT:

THAT PORTION OF LOT 10, CUMMINGS SUBDIVISION, BEING A SUBDIVISION OF A PORTION OF SECTIONS 35 AND 37, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA ACCORDING TO PLAT RECORDED IN PLAT BOOK 1 AT PAGE 86 OF THE PUBLIC RECORDS OF SAID COUNTY, DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHEAST CORNER OF SAID LOT 10; THENCE S 64°15'00" W ALONG THE NORTH RIGHT OF WAY LINE OF CUMMINGS ROAD
(66' RIGHT OF WAY) FOR 9.00 FEET TO THE POINT OF CURVATURE OF A CURVE CONCAVE TO THE SOUTHEAST HAVING A RADIUS OF 91.00 FEET; SAID POINT BEING THE POINT OF BEGINNING; THENCE SOUTHWESTERLY ALONG SAID CURVE (DELTA ANGLE = 33°44'37", CHORD DISTANCE = 52.82 FEET, CHORD BEARING = S 47°22'42" W) FOR AN ARC DISTANCE OF 53.59 FEET; THENCE N 35°48'12" W FOR 24.40 FEET; THENCE N 72°48'30" E FOR 56.69 FEET TO THE POINT OF BEGINNING.

all without the United States, as filed for record at the Public Records of Escambia County, Florida; TO THE POINT OF BEGINNING since the 6th month, 21th day, year of 2004. Therefore to protect our interests we are filing a labor lien, and material lien, on the above mentioned property for said provision of Security up thru September 13, 2011, a sum of 2640 days times a reasonable hourly rate of five Dollars ($5) per hour, 24 hours per day ( 2640 x 5 x 24 ) a total amount of $316,800. Also on the 100 Cummings Road property the ministries out of pocket cost of added an addition to the ongoing extensive remodel, rewire, doubled size of garage, new roof, siding, carpet and HVAC total improvement value of $35,000. Total of this lien is equivalent to three hundred eighty-six four thousand and nine hundred twenty ($351,800.00) United States Dollars, US Dollars.

_____ Date: September 13, 2011
Paul John Hansen, Trustee, Agent, Ministry and Property Manager, contact address – 1548 N 19, Omaha, Nebraska, without the United States.

I **Paul John Hansen** declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 13, 2011. _____

-State of Nebraska
-Douglas County
That the above signed, Paul John Hansen, with proof of identification, and known by me, sworn in and attesting by signature, in my presence, to the above Affidavit of Truth, this _13_ day of September 2011.

_____
Notary

GENERAL NOTARY - State of Nebraska
MARIA E. ALCALA
My Comm. Exp. March 28, 2012

# -Lien / Notice of Lien / as a
## Liability Attached to Described Property-

I, Paul John Hansen, Director, Trustee, Agent, Ministry and Property Manager, for the Foundation called CREATION SCIENCE EVANGELISM FOUNDATION, Firm Foundation established 4/24/2003, a Ministerial Property FOUNDATION, pertaining to a property / land that is addressed as **120 Oleander Road**, Pensacola, Florida, without the United States, having a legal address of – Parcel Reference No. 351S309002008006, Legal – A PART OF LOT 6, SECTION 35, TOWNNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, STARTING AT THE POINT WHERE THE SOUTH LINE OF LOT 6 INTERSECTS THE WEST SIDE OF THE RIGIT OF WAY OF THE L & N RAILROAD, RUNNING THENCE WESTERLY ALONG THE SOUTH LINE OF LOT 6, A DISTANCE OF 264 FEET FOR A POINT OF BEGINNING; RUNNING THENCE WESTERLY ALONG THE SOUTH LINE OF SAID LOT 6 A DISTANCE OF 264 FEET TO A STAKE; THENCE RUNNING NORTH PARALLEL TO THE RIGHT OF WAY LINE OF LOT L & N RAILROAD COMPANY A DISTANCE OF 324 2/3 FEET TO THE NORTH LINE OF SAID LOT 6, THENCE RUNNING SOUTHERLY IN A STRAIGIT LINE PARALLEL TO THE RIGIT OF WAY OF THE L & N RAILROAD COMPANY A DISTANCE OF 324 2/3 FEET TO THE POINT OF BEGINNING. LESS THE EAST 120 FEET OF THE ABOVE-DESCRIBED PROPERTY, all without the United States, do hereby make a claim of common law lien upon the said Land / Property for the following services and amounts to act as a lien against the said property:

### Affidavit of Truth

I, Paul John Hansen, as Director, Trustee, Agent, Ministry and Property Manager, state as the truth all of the following, for CREATION SCIENCE EVANGELISM FOUNDATION, state that we have not been compensated for Care and providing Security, as well as we maintain that the value that we added to the property belongs to the Foundation / Trust / Ministries and we are to be paid for those investments, expenditures, if anyone takes ownership/control of the property, noting that all value added as said is a lien on the said land and the property located at **120 Oleander Road**, Pensacola, Florida, without the United States, having a legal address of – Parcel Reference No. 351S309002008006, Legal – A PART OF LOT 6, SECTION 35, TOWNNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, STARTING AT THE POINT WHERE THE SOUTH LINE OF LOT 6 INTERSECTS THE WEST SIDE OF THE RIGIT OF WAY OF THE L & N RAILROAD, RUNNING THENCE WESTERLY ALONG THE SOUTH LINE OF LOT 6, A DISTANCE OF 264 FEET FOR A POINT OF BEGINNING; RUNNING THENCE WESTERLY ALONG THE SOUTH LINE OF SAID LOT 6 A DISTANCE OF 264 FEET TO A STAKE; THENCE RUNNING NORTH PARALLEL TO THE RIGHT OF WAY LINE OF LOT L & N RAILROAD COMPANY A DISTANCE OF 324 2/3 FEET TO THE NORTH LINE OF SAID LOT 6, THENCE RUNNING SOUTHERLY IN A STRAIGIT LINE PARALLEL TO THE RIGIT OF WAY OF THE L & N RAILROAD COMPANY A DISTANCE OF 324 2/3 FEET TO THE POINT OF BEGINNING. LESS THE EAST 120 FEET OF THE ABOVE-DESCRIBED PROPERTY, all without the United States, as filed for record at the Public Records of Escambia County, Florida; TO THE POINT OF BEGINNING since the 8th month, 18th day, year of 2005. Therefore to protect our interests we are filing a labor lien, and material lien, on the above mentioned property for said provision of Security up thru September 09, 2011, a sum of 2213 days times a reasonable hourly rate of five Dollars ($5) per hour, 24 hours per day ( 2213 x 5 x 24 ) a total amount of $265,560. Also on the 120 Oleander Road property the Foundation / Trust out of pocket cost of added an addition as a new kitchen, large storage shed, new roof, remodel bath totaling $30,000. Total of this lien is equivalent to two hundred ninety-five thousand and five hundred sixty dollars ($295,560.00) of United States Dollars, US Dollars.

_____*Paul Hansen*_____ Date: September 13, 2011
Paul John Hansen, Trustee, Agent, Ministry and Property Manager, contact address – 1548 N 19, Omaha, Nebraska, without the United States.

---

I **Paul John Hansen** declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____*Paul Hansen*_____
Paul John Hansen

State of Nebraska

## -Lien / Notice of Lien / as a
## Liability Attached to Described Property-

I, Paul John Hansen, Director, Trustee, Agent, Ministry and Property Manager, for the property called **12 Oleander Road**, for the Foundation called CREATION SCIENCE EVANGELISM FOUNDATION, Firm Foundation established 4/24/2003, without the United States, having a legal address of - Parcel No: 351S309002012006, Legal –

BEING A PART OF LOT 6, SECTION 35, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, AND STARTING AT THE INTERSECTION OF THE SOUTH LINE OF SAID LOT 6 WITH THE WEST LINE OF THE RIGHT OF WAY OF THE LOUISVILLE & NASHVILLE RAILROAD; THENCE ALONG THE SOUTH LINE OF SAID LOT 6 WEST A DISTANCE OF 1126 FEET TO A POINT FOR THE POINT OF BEGINNING; THENCE RUN NORTH PARALLEL TO THE WEST LINE OF THE RIGHT OF WAY OF THE LOUISVILLE & NASHVILLE RAILROAD A DISTANCE OF 324 2/3 FEET TO THE NORTH LINE OF SAID LOT 6; THENCE RUN WEST ALONG THE NORTH LINE OF SAID LOT 6 A DISTANCE OF 66 FEET TO A STAKE; THENCE RUN SOUTH PARALLEL WITH THE EAST LINE OF THE TRACT OF LAND HEREIN DESCRIBED A DISTANCE OF 324 2/3 FEET TO THE SOUTH LINE OF SAID LOT 6; THENCE RUN EAST ALONG THE SOUTH LINE OF SAID LOT 6 A DISTANCE OF 66 FEET TO THE POINT OF BEGINNING.

all without the United States, do hereby make a claim of common law lien upon the said Land / Property for the following services and amounts to act as a lien against the said property:

## Affidavit of Truth

I, Paul John Hansen, as Director, Trustee, Agent, Ministry and Property Manager, state as the truth all of the following, for the property called 12 Oleander Road, for the Foundation called CREATION SCIENCE EVANGELISM FOUNDATION, Firm Foundation established 4/24/2003, without the United States, state that we have not been compensated for Care and providing Security, as well as we maintain that the value that we added to the property belongs to the Trusts / Ministries / Foundation and we are to be paid for those investments, expenditures, if anyone take ownership of the property, noting that all value added as said is a lien on the said land and the property located at 12 Oleander Road, Pensacola, Florida, without the United States, having a legal address of – Parcel No: 351S309002012006

BEING A PART OF LOT 6, SECTION 35, TOWNSHIP 1 SOUTH, RANGE 30 WEST, ESCAMBIA COUNTY, FLORIDA, AND STARTING AT THE INTERSECTION OF THE SOUTH LINE OF SAID LOT 6 WITH THE WEST LINE OF THE RIGHT OF WAY OF THE LOUISVILLE & NASHVILLE RAILROAD; THENCE ALONG THE SOUTH LINE OF SAID LOT 6 WEST A DISTANCE OF 1126 FEET TO A POINT FOR THE POINT OF BEGINNING; THENCE RUN NORTH PARALLEL TO THE WEST LINE OF THE RIGHT OF WAY OF THE LOUISVILLE & NASHVILLE RAILROAD A DISTANCE OF 324 2/3 FEET TO THE NORTH LINE OF SAID LOT 6; THENCE RUN WEST ALONG THE NORTH LINE OF SAID LOT 6 A DISTANCE OF 66 FEET TO A STAKE; THENCE RUN SOUTH PARALLEL WITH THE EAST LINE OF THE TRACT OF LAND HEREIN DESCRIBED A DISTANCE OF 324 2/3 FEET TO THE SOUTH LINE OF SAID LOT 6; THENCE RUN EAST ALONG THE SOUTH LINE OF SAID LOT 6 A DISTANCE OF 66 FEET TO THE POINT OF BEGINNING.

all without the United States, as filed for record at the Public Records of Escambia County, Florida; TO THE POINT OF BEGINNING since the 5th month, 26th day, year of 2004. Therefore to protect our interests we are filing a labor lien, and material lien, on the above mentioned property for said provision of Security up thru September 13, 2011, a sum of 2666 days times a reasonable hourly rate of five Dollars ($5) per hour, 24 hours per day ( 2666 x 5 x 24 ) a total amount of $319,920. Also on the 12 Oleander Road property the ministries out of pocket cost of added an addition to the ongoing completely gutted old shell and complete remodel, new roof, new septic, landscape, total improvements of $45,000. Total of this lien is equivalent to three hundred eighty-six four thousand and nine hundred twenty ($364,920.00) United States Dollars, US Dollars.

_____ Date: September 13, 2011
Paul John Hansen, Trustee, Agent, Ministry and Property Manager, contact address – 1548 N 19, Omaha, Nebraska, without the United States.

---

I **Paul John Hansen** declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 13, 2011. _____

### -Lien / Notice of Lien / as a
### Liability Attached to Described Property-

I, Paul John Hansen, Trustee, Director, Agent, Ministry and Property Manager, for the property called **116 Cummings Road**, a Ministerial Property of Creation Science Evangelism Foundation, the trustee as Director of The Firm Foundation, a Washington acknowledged corporation sole of the Church, pertaining to a property / land that is addressed as 116 Cummings Road, Pensacola, Florida, without the United States, Parcel No: 351S309000000014, Legal –

> *Lot 14, Cummings Subdivision, being a portion of Section 35, Township 1 South,*
> *Range 30 West, Escambia County, Florida; according to plat recorded in Plat Book 1,*
> *Page 86 of the Public Records of said County.*

all without the United States, do hereby make a claim of common law lien upon the said Land / Property for the following services and amounts to act as a lien against the said property:

### Affidavit of Truth

I, Paul John Hansen, as Director, Trustee, Agent, Ministry and Property Manager, a Ministerial Property of Creation Science Evangelism Foundation, the trustee as Director of The Firm Foundation, a Washington acknowledged corporation sole of the Church, state as the truth all of the following, for 116 Cummings Road, and Creation Science Evangelism, state that we have not been compensated for Care and providing Security, as well as we maintain that the value that we added to the property belongs to the Trusts / Ministries / Foundation and we are to be paid for those investments, expenditures, if anyone take ownership of the property, noting that all value added as said is a lien on the said land and the property located at 116 Cummings Road, Pensacola, Florida, without the United States, having a legal address of – Parcel No: 351S309000000014, Legal –

> *Lot 14, Cummings Subdivision, being a portion of Section 35, Township 1 South,*
> *Range 30 West, Escambia County, Florida, according to plat recorded in Plat Book 1,*
> *Page 86 of the Public Records of said County.*

all without the United States, as filed for record at the Public Records of Escambia County, Florida;
TO THE POINT OF BEGINNING since the 11th month, 20th day, year of 2003. Therefore to protect our interests we are filing a labor lien, and material lien, on the above mentioned property for said provision of Security up thru September 13, 2011, a sum of 2854 days times a reasonable hourly rate of five Dollars ($5) per hour; 24 hours per day ( 2854 x 5 x 24 ) a total amount of $342,480. Also on the 116 Cummings Road property the ministries out of pocket cost of added an addition to the ongoing complete gut and remodel, roof, deck, new floors, added bath and bedroom, new septic an improvement value totaling no less than $45,000. Total of this lien is equivalent to three hundred eighty-seven thousand and four hundred eighty ($387,480.00) United States Dollars, US Dollars.

_____*Paul Hansen*_____ Date: September 13, 2011
Paul John Hansen, Trustee, Agent, Ministry and Property Manager, contact address – 1548 N 19, Omaha, Nebraska, without the United States.

I **Paul John Hansen** declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____*Paul Hansen*_____
September 13, 2011.

-State of Nebraska
-Douglas County
That the above signed, Paul John Hansen, with proof of identification, and known by me,

Ernie Lee Magaha
CLERK OF THE CIRCUIT COURT
ESCAMBIA COUNTY FLORIDA
INST# 2011056148 09/22/2011 at 04:58 PM
OFF REC BK: 6766 PG: 1283 - 1283 Doc Type: N
RECORDING: $10.00